UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-60184-CR-COHN/SNOW

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CLEMENT SANTORO,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

**THIS CAUSE** is before the Court on a Report and Recommendation regarding Defendant Clement Santoro's Motion to Dismiss Indictment Based on a Speedy Trial [DE 246], submitted by United States Magistrate Judge Lurana S. Snow on February 8, 2007.  Pursuant to 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of the record herein, including the Motion, the Report and Recommendation [DE 254], and Defendant's Objections [DE 256], and being otherwise fully advised in the premises, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    The Report and Recommendation of Magistrate Judge Lurana S. Snow [DE 254] is hereby **ADOPTED**.

    2.    Defendant Clement Santoro's Motion to Dismiss Indictment [DE 246] is **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 12th day of February, 2007.

/s/ James I. Cohn
JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record